UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REINALDO OLAVARRIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAKE COUNTY BOARD OF EDUCATION, ) <br> CATHERINE TRUDELL, JENNIFER ) <br> ROTHAAR, JENNIFER PALMER, EMILY ) <br> MAE BISHOP, JACQUELINE ) <br> CUNNINGHAM, MARSIE RABII, HEATHER ) <br> COOKE, and JERRYEEN DANIELS, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:21-CV-34-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss and DISMISSES plaintiff's complaint for failure to exhaust administrative remedies and for failure to state a claim upon which relief can be granted. The court DISMISSES plaintiff's complaint WITHOUT PREJUDICE. The court DENIES as baseless plaintiff's motion to empanel a jury, to seal, to strike, and to sanction [D.E. 30, 32].

**This Judgment Filed and Entered on June 15, 2021, and Copies To:**

| | |
|---|---|
| Reinaldo Olavarria | (Sent to 614 Gaslight Trail Wendell, NC 27591 via US Mail) |
| Eva Blount Dubuisson | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| June 15, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |